UNITED STATES, Appellee

v

DAVID L. HUNNELL, Private,
U. S. Marine Corps, Appellant

18 USCMA 584, 40 CMR 296

No. 22,147

September 19, 1969

*Lieutenant Kenneth F. Ripple*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Captain Lester G. Fant, III*, USMCR, was on the pleadings for Appellee, United States.

Opinion of the Court

DARDEN, Judge:

The scrutiny given the providence of appellant's plea of guilty to absence without leave, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886, is not so different from that found in United States v Care, 18 USCMA 535, 40 CMR 247, as to require a different result. Accordingly, the decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Care, 18 USCMA 535, 40 CMR 247. I would reverse the decision of the board of review and order a rehearing.